EDWARD LAZANSKY et al., as Copartners Practicing Law under the Name of LAZANSKY, CALLAGHAN AND STOUT, Respondents, *v.* JOHN M. AUFIERO, Appellant.

Submitted September 29, 1947; decided October 2, 1947.

*William Walzer* and *Daniel E. Walzer* for motion.

*Edward Lazansky, Horace F. Callaghan* and *Ralph Stout* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.